

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk of Court

November 4, 2004

United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: Straddeck vs. Pfizer, Inc., et al
    SDIL Case No.: 04-4106-JPG
    MDL No.: MDL-1629

Dear Clerk:

    Please be advised that a certified copy of the Transfer Order has been received from your district. Therefore, the above entitled action is transferred to your district for further proceedings pursuant to the rules of Procedure of the Judicial Panel on Multidistrict Litigation.

    Enclosed is a certified copy of the docket sheet as requested. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov . We have assigned a login and password for district courts to use in accessing this information. The login is "guestilsd" and the password is "guest01". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

    Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

By:s/Deborah Agans, Deputy Clerk

Enclosures

Receipt Acknowledged on: _____
By:_____

CV-24 (6/04)