FILE_CREATED, STAYED, CLOSED

# U.S. District Court
## Southern District of Illinois CM/ECF System (Benton)
## CIVIL DOCKET FOR CASE #: 4:04-cv-04106-JPG
## Internal Use Only

| | |
|---|---|
| Straddeck v. Pfizer Inc et al | Date Filed: 06/18/2004 |
| Assigned to: Judge J. Phil Gilbert | Jury Demand: Plaintiff |
| Referred to: Mag Judge Philip M. Frazier | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Demand: $75000 | |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**
-----------------------

**Brenda Straddeck,** *on behalf of herself and all others similarly situated*   represented by   **Elizabeth V. Heller**
Goldenberg, Miller et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: Liz@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Pfizer Inc**   represented by   **Joseph R. Brown, Jr.**
Lucco, Brown et al.
224 St. Louis Street
P.O. Box 539
Edwardsville, IL 62025
618-656-2321

Email: jbrown@lbmlaw.com
*ATTORNEY TO BE NOTICED*

**Warner-Lambert Company**  represented by  **Joseph R. Brown, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2004 | 1 | COMPLAINT against Pfizer Inc, Warner-Lambert Company ( Filing fee $ 150 receipt number 300 98082.), filed by Brenda Straddeck.(jep) Additional attachment(s) added on 11/4/2004 (dka, ). (Entered: 06/22/2004) |
| 06/22/2004 | | ***File Folder Created (jep) (Entered: 06/22/2004) |
| 06/23/2004 | | ***Staff notes (tlp, )Jurisdiction checked. (Entered: 06/23/2004) |
| 07/07/2004 | 2 | Summons Issued as to Pfizer Inc, Warner-Lambert Company. (jep) (Entered: 07/07/2004) |
| 07/13/2004 | 3 | RESPONSE *to ASEA/AFSCME Local 52 Health Benefits Trust and Brian Krah's Motion for Transfer Pursuant to Sec. 1407* filed by Brenda Straddeck. (Heller, Elizabeth) (Entered: 07/13/2004) |
| 07/13/2004 | 4 | RESPONSE *of Brenda Straddeck with Memorandum of Points And Authorities in Response to ASEA/AFSCME Local 52 Health Benefits Trust and Brian Krah's Motion for Transfer Pursuant to Sec. 1407* filed by Brenda Straddeck. (Heller, Elizabeth) (Entered: 07/13/2004) |
| 07/15/2004 | 5 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 4 Response filed by Brenda Straddeck, 3 Response filed by Brenda Straddeck. See |

| | | |
|---|---|---|
| | | attached document for specifics (jep) (Entered: 07/15/2004) |
| 07/16/2004 | 6 | STRICKEN PER NOTICE FILED JULY 19, 2004 RESPONSE *and Memorandum in Support of Points and Authorities in Response to ASEA/AFSCME Local 52 Health Benefits Trust and Brian Krah's Motion for Transfer Pursuant to Sec. 1407* filed by Brenda Straddeck. (Heller, Elizabeth) Modified on 7/19/2004 (vlm, ). (Entered: 07/16/2004) |
| 07/16/2004 | 7 | STRICKEN PER NOTICE FILED 7/19/04 RESPONSE *to ASEA/AFSCME Local 52 Health Benfits Trust and Brian Krah's Motion for Transfer Pursuant to Sec. 1407* filed by Brenda Straddeck. (Heller, Elizabeth) Modified on 7/19/2004 (vlm, ). (Entered: 07/16/2004) |
| 07/16/2004 | 8 | STRICKEN PURSUANT TO NOTICE FILED JULY 19, 2004 NOTICE by Brenda Straddeck *Certificate of Service* (Heller, Elizabeth) Modified on 7/19/2004 (vlm, ). (Entered: 07/16/2004) |
| 07/19/2004 | 9 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 6 Response filed by Brenda Straddeck, 7 Response filed by Brenda Straddeck, 8 Notice (Other) filed by Brenda Straddeck. See attached document for specifics (vlm) (Entered: 07/19/2004) |
| 07/19/2004 | 10 | RESPONSE *TO ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST & BRIAN KRAH'S MOTION FOR TRANSFER PURSUANT TO SEC. 1407* filed by Brenda Straddeck. (Heller, Elizabeth) (Entered: 07/19/2004) |
| 07/19/2004 | 11 | RESPONSE *MEMO IN SUPPORT OF RESPONSE TO AFSCME MOTION TO TRANSFER* filed by Brenda Straddeck. (Heller, Elizabeth) (Entered: 07/19/2004) |
| 08/05/2004 | 12 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* by Pfizer Inc, |

| | | |
|---|---|---|
| | | Warner-Lambert Company. (Brown, Joseph) (Entered: 08/05/2004) |
| 08/09/2004 | 13 | ORDER GRANTING 12 MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* filed by Pfizer Inc, Warner-Lambert Company. Defendants to file with their answer or other response, the appropriate corporate disclosure statement. Action due by 9/13/2004. Signed by Judge J. Phil Gilbert on 8/9/04. (jep) (Entered: 08/09/2004) |
| 09/09/2004 | 14 | MOTION to Stay *All Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation* by Pfizer Inc, Warner-Lambert Company. (Brown, Joseph) (Entered: 09/09/2004) |
| 09/09/2004 | 15 | MEMORANDUM in Support re 14 MOTION to Stay *All Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation* filed by Pfizer Inc, Warner-Lambert Company. (Attachments: # 1 Exhibit Exhibit 1 Part 1# 2 Exhibit Exhibit 1 Part 2# 3 Exhibit Exhibit 1 Part 3# 4 Exhibit Exhibit 2 Part 1# 5 Exhibit Exhibit 2 Part 2)(Brown, Joseph) (Entered: 09/09/2004) |
| 09/10/2004 | 16 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* by Pfizer Inc, Warner-Lambert Company. (Attachments: # 1 Exhibit Exhibit "A"# 2 Exhibit Exhibit "B")(Brown, Joseph) (Entered: 09/10/2004) |
| 09/15/2004 | 17 | MEMORANDUM in Support re 16 MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* filed by Pfizer Inc, Warner-Lambert Company. (Brown, Joseph) (Entered: 09/15/2004) |
| 09/16/2004 | 18 | ORDER GRANTING 14 MOTION to Stay *All Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation* filed by Pfizer Inc, Warner-Lambert Company, 16 MOTION for Extension |

| | | |
|---|---|---|
| | | of Time to File Response/Reply *to Plaintiff's Complaint* filed by Pfizer Inc, Warner-Lambert Company. CASE STAYED. Signed by Judge J. Phil Gilbert on 9/16/04. (jep, ) (Entered: 09/16/2004) |
| 11/04/2004 | 19 | Letter from District Court of Massachusetts re: MDL Transfer (dka, ) (Entered: 11/04/2004) |
| 11/04/2004 | 20 | CONDITIONAL ORDER OF TRANSFER AND LETTER TRANSFERRING CASE TO DISTRICT OF MASSACHUSETTS; signed by MDL Panel on 11/4/04 (Attachments: # 1 letter)(dka, ) (Entered: 11/04/2004) |